IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH L. STAUCH III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv548-MHT |
| | ) | (WO) |
| CHIEF KENNETH BRAZILE, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff, who is pro se and proceeding in forma pauperis, filed this lawsuit asserting that the defendant police chief charged him with crimes he did not commit, slandered and defamed him, and interfered with his business. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's federal claims should be dismissed and that the court should decline to exercise supplemental jurisdiction over the state claims. There are no objections to the recommendation. After an independent and de novo review of the record,

the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of March, 2026.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE